IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2026 MAY -4 P 12: 19

TREY GRA____
U.S. DISTRICT ____
MIDDLE DISTRICT ____

Dimetry Atchison chilton County Jail )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
) CIVIL ACTION NO. 2:26-cv-00343-MHT-CWB
L.t Oliver ) (To be supplied by Clerk of U.S. District
Sgt Patterson ) Court)
C.O blake )
C.O Gomez )
C.O Radford )
C.O Copp )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number

4. Name of judge to whom case was assigned

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?)

6. Approximate date of filing lawsuit

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT Chilton county Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

Chilton county Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | L.t oliver | 301 city Street clanton, AL 35045 |
| 2. | Sgt Patterson | 301 city Street clanton, AL 35045 |
| 3. | C.o blake | 301 City Street Clanton, AL 35045 |
| 4. | C.o Gomez | 301 city Street Clanton, AL 35045 |
| 5. | C.o radford | 301 city Street Clanton, AL 35045 |
| 6. | C.o copp | 301 city Street Clanton, AL 35045 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

April.22.2026

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: threatend me with taser And male to force me into A cell with human Poop thrown in it

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

At 8:20am epSten Filled A CUP with Pee + Poop in Front of camera in e-Pod cell 1 During his hour out he Brought the CUP AND threw it All in my cell cell 3 When the C.O came in they Made me wait 15 mins covered in Poop before letting me out

GROUND TWO: While I Showered C.O blake was suppose to clean the cell But he DiDnt ProPerly clean leaving Poop still under the bunk And on the Floor

SUPPORTING FACTS: 9:00 we told them we would like to move cells because cell 3 isnt clean they refused the request sgt Patterson then came to e-Pod with mace And ratford had his taser out And they told use get in the cell or you will be Maced And tased And had them ready to use

GROUND THREE: We Asked For A L.t or warden in charge And was refused by ratford blake And Gomez repeatidly 11:00 we was served lunch in the

SUPPORTING FACTS: Cell with Poop And Forced to eat in the cell we Asked blake if we could eat out in the Day room And was Denied even while they Are Aware of the Poop it was shown to them so we requested warden davis And ratford Stated he would take our hour out we stayed in k unclean cell From 8:Am until 3:30 Pm they took my shoes And threw my cups Away from 8:00Am until 3:00 Pm

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Grant relief in the interest of fairness And
Justice I would like to be comphensated/Paid
And the people involved Fired I would like
immunity from retaliation

Dimetry Atchison
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April, 27, 2026
(Date)

Dimetry Atchison
Signature of plaintiff(s)

Dimetry Atchison
301 city street
Clanton, AL 35045

Deposit funds at
www.inmatecalls.com

BIRMINGHAM AL 350

1 MAY 2026 PM 6

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 54022 $ 000.74⁰
02 7W
0008034394 JAN 07 2026

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Chilton County
all is not responsible for the substance
content of the enclosed communication."

United States District court

1 church street montgomery
AL 36104

36104-401801