IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DIMETRY ATCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv343-MHT |
| | ) | (WO) |
| LT. OLIVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, who is incarcerated in the Chilton County Jail, filed this lawsuit asserting that he was placed in a cell that contained feces and urine and forced to eat there and faced threats of violence when he complained. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order and to prosecute his case. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 28th day of September, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**